

Joe Salem, Atlanta, Ga., for defendant-appellant.

John W. Stokes, U. S. Atty., Allen L. Chancey, Jr., Asst. U. S. Atty., Altanta, Ga., for plaintiff-appellee.

Before COLEMAN, SIMPSON, and MORGAN, Circuit Judges.

PER CURIAM:

Affirmed. See Local Rule 21.[1]

P. A., West Palm Beach, Fla., for plaintiff-appellant.

James E. Thompson, John W. Boult, Tampa, Fla., E. G. Musleh, Ocala, Fla., Fowler, White, Gillen, Humkey, Kinney, & Boggs, P. A., Tampa, Fla., for defendants-appellees.

Before THORNBERRY, MORGAN and CLARK, Circuit Judges.

PER CURIAM:

Affirmed. See Local Rule 21.[1]

**Joan Mary KIVI, Plaintiff-Appellant,**

v.

**Douglas WILLIS, as Sheriff of Marion County, and K. K. Williams, Individually and as Deputy Sheriff of Marion County, Defendants-Appellees.**

No. 71-1247
Summary Calendar.*

United States Court of Appeals,
Fifth Circuit.

June 3, 1971.

Larry A. Klein, John W. Dell, Cone, Wagner, Nugent, Johnson & McKeown,

**George G. GIORDANO, Petitioner-Appellant,**

v.

**J. J. CLARK, Warden, Respondent-Appellee.**

No. 71-1765
Summary Calendar.*

United States Court of Appeals,
Fifth Circuit.

Sept. 13, 1971.

1. See NLRB v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F.2d 966.

* Rule 18, 5th Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5th Cir. 1970, 431 F.2d 409, Part I.